1  Mark E. Ellis – 127159
   Amanda N. Griffith - 288164
2  Anthony P. J. Valenti - 284542
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant NATIONAL ENTERPRISE SYSTEMS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | LISA ARLENE TIMLICK, individually and on behalf of all others similarly situated, | Federal Case No.: |
12 | | |
   | | Lake County Case No.:  CV416920 |
13 | Plaintiff, | |
   | | |
14 | v. | **DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND** |
15 | NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation; and DOES 1 through 10, inclusive, | |
16 | | |
17 | Defendants. | |

18

19    Defendant NATIONAL ENTERPRISE SYSTEMS, INC., hereby demands a jury trial in this

20 matter.

21 Dated: February 3, 2017

                            ELLIS LAW GROUP, LLP
22

23                          By /s/ Amanda N. Griffith
                               Amanda N. Griffith
24                             Attorney for Defendant
                               NATIONAL ENTERPRISE SYSTEMS, INC.
25

26

27

28
                                    - 1 -

DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On February 3, 2017, I served the following document(s) on the parties in the within action:

**DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.'S JURY DEMAND**

| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

Fred W. Schwinn                                          Attorneys for Plaintiff
Raeon R. Roulston                                        Lisa Arlene Timlick
Matthew C. Salmonsen
Consumer Law Center, Inc.
12 South First Street
Suite 1014
San Jose, CA 95113-2404

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 3, 2017.

By: _____
Jennifer Mueller