Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LISA ARLENE TIMLICK

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LISA ARLENE TIMLICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:17-CV-00559-HSG<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO REMAND AND ORDER**<br><br>Hearing Date: April 27, 2017<br>Hearing Time: 2:00 p.m.<br>Hearing Judge: Haywood S. Gilliam, Jr.<br>Hearing Courtroom: 10, 19th floor<br>Hearing Location: 450 Golden Gate Avenue<br>San Francisco, California |

COMES NOR Plaintiff, LISA ARLENE TIMLICK, by and through her counsel Fred W. Schwinn, Raeon R. Roulston, and Matthew C. Salmonsen of Consumer Law Center, Inc., and respectfully requests permission to appear by telephone at the hearing on Plaintiff's Motion to Remand in the above-entitled action. A telephonic appearance is requested on the grounds that Plaintiff's counsel's office is located in San Jose, 50 miles from the Courthouse in this matter.

oo0oo

|   |   |   |
|---|---|---|
| | | CONSUMER LAW CENTER, INC. |
| Dated: April 20, 2017 | | By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LISA ARLENE TIMLICK |

## **ORDER**

The Court hereby **DENIES** the request of Fred W. Schwinn to appear by telephone at the hearing on Plaintiff's <u>Motion to Remand</u>.

IT IS SO ORDERED.

Date: 4/21/2017

*Haywood S. Gilliam Jr.* (signature)
The Honorable Haywood S. Gilliam, Jr.
United States District Judge